No. 1021. RICO ET AL. *v.* CALIFORNIA. May 29, 1944. Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, denied.

No. 742. KESLING *v.* HUMPHREY, WARDEN. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied on the ground that the cause is moot, it appearing that petitioner no longer is in respondent's custody. *Floyd J. Kesling, pro se. Solicitor General Fahy* for respondent.

No. 1017. MILLER *v.* DOWD, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Indiana denied without prejudice to the presentation of a petition for writ of habeas corpus and to a hearing thereon in the appropriate United States District Court.

No. 948. FITZPATRICK *v.* NIERSTHEIMER, WARDEN. May 29, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. The motion for leave to file petition for writ of habeas corpus is also denied. *Wm. H. Fitzpatrick, pro se. Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 835. CHALFONTE *v.* SMITH, WARDEN. See *post,* p. 766.

No. —. EX PARTE THOMAS KING. See *ante,* p. 716.